UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO CANTO,
                  Plaintiff,

-v-

BKCOIN MANAGEMENT, LLC *et al.*,
                  Defendants.

22-CV-8858 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The court is in receipt of Defendant BKcoin Management, LLC's motion to stay this matter and notice of an associated receivership action in Florida, as well as Defendant Kevin Kang's motion to stay for the same reasons. In light of the notice of receivership, and the fact that the Clerk of Court has entered a certificate of default as to only other Defendant, the Court hereby stays this action pending further order.

    The parties are directed to file a joint status update within 14 days of the resolution of the receivership proceeding or within 6 months, whichever is earlier.

    The Clerk of Court is directed to close the motions at ECF Nos. 24 and 42.

    SO ORDERED.

Dated: March 30, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge