UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO CANTO,

                 Plaintiff,

-v-

BKCOIN MANAGEMENT, LLC, *et al.*,

                 Defendants.

22-CV-8858 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On June 14, 2024, Plaintiff moved to lift the stay as to Defendant Carlos Betancourt only. Defendants have not opposed Plaintiff's motion. Accordingly, Plaintiff's motion is hereby granted.

The Clerk of Court is directed to lift the stay in this case as to Defendant Carlos Betancourt only and to close the motion at ECF No. 51.

SO ORDERED.

Dated: July 8, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge