UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 22-cv-8858 (JPO)

ALEJANDRO CANTO on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC,
CARLOS BETANCOURT, and KEVIN KANG,

    Defendants.
_____/

## ORDER FOR DEFAULT JUDGMENT

This action having been commenced on October 17, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Carlos Betancourt, on November 23, 2022, by individual service at his residence located at his Gramercy Place Apartment in Los Angeles, California, and a proof of service having been filed on December 8, 2022, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendant in the amount of $7,507,230.29 with interest at 9% from May 15, 2022.

Dated: October  20 ,2025

So ordered.
The Clerk of Court is directed to close this case.
10/20/2025

_____
J. PAUL OETKEN
United States District Judge